Certificate Number: 03088-MOE-DE-024168158

Bankruptcy Case Number: 14-46411



03088-MOE-DE-024168158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2014, at 10:57 o'clock AM CDT, Floyd Dixon completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:  September 12, 2014      By:    /s/Crystal Towner

                                                                                   Name:  Crystal Towner

                                                                                   Title:  Counselor